No. 827. The People, Plaintiff and Respondent, *v.* Candelario, Defendant and Appellant.—Breach of peace. San Juan, Section 2. June 1, 1915. *Judgment affirmed.*

No. 1343. Vicens et al., Petitioners and Respondents, *v.* Cruz et al., Contestants and Appellants.—Administration. Ponce. June 1, 1915. *Appeal withdrawn.*

No. 1345. Sevillano, Plaintiff and Appellant, *v.* Rodríguez, Defendant and Respondent.—Unlawful detainer. San Juan, Section 1. June 2, 1915. *Appeal dismissed.*

No. 1344. Puigdollers, Plaintiff and Respondent, *v.* Fernández et al., Defendants and Appellants.—Ejectment. San Juan, Section 2. June 2, 1915. *Appeal dismissed.*

No. 1185. Capó, Plaintiff and Respondent, *v.* Piñeiro, Defendant and Appellant.—Action of debt. Guayama. June 4, 1915. *Appeal dismissed.*

No. 1222. Hernández, Plaintiff and Respondent, *v.* Torres et al., Defendants and Appellants.—Memorandum of costs. Mayagüez. June 4, 1915. *Appeal dismissed.*

No. 146. Rivera, Petitioner, *v.* Córdova Dávila, Judge of the District Court of San Juan, Section 1, Respondent.—*Certiorari.* June 4, 1915. *Petition withdrawn.*

No. 1347. Cintrón et al., Plaintiffs and Appellants, *v.* Banco Territorial y Agrícola de Puerto Rico, Defendant and Respondent.—Execution and accounting. San Juan, Section 2. June 4, 1915. *Appeal dismissed.*

No. 147. Pérez, Petitioner, *v.* Sepúlveda, Judge of the District Court of Ponce, Respondent.—*Certiorari.* June 7, 1915. *Petition denied.*